**Benjamin Blumenthal, plaintiff in error, v. Barney Braverman, defendant in error. Gen. No. 32,011.**

Action to recover amount paid for building construction for defendant. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 31, 1928.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel. Edelson & Paullin, for defendant in error; Hyland J. Paullin, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**M. J. Dwyer, plaintiff in error, v. A. Ciccone, defendant in error. Gen. No. 32,020.**

Error on judgment for defendant for want of prosecution by plaintiff after vacation of judgment defaulting defendant. Error to the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed. Opinion filed January 30, 1928.

Sumner C. Palmer, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Robert L. Lightfoot and Roscoe C. Cater, trading as Lightfoot & Cater, appellants, v. John Sheridan, appellee. Gen. No. 32,031.**

Action for real estate brokers' commissions. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

William J. Sheridan, for appellants. William Harrison, for appellee; Charles J. Jenkins, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Jacob Handelsman, defendant in error, v. Susan E. Clarke, plaintiff in error. Gen. No. 32,049.**

Trespass on the case for rents and attorneys' fees. Motion to vacate judgment of default against defendant denied. Error to the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Opinion filed January 31, 1928. Rehearing denied February 14, 1928.

Adams & Adams, for plaintiff in error. Tarnopol & Flamm, for defendant in error.

Mr. Justice Scanlan delivered the opinion of the court.

---

**· August Lauterbach et al., complainants and appellees, v. Foreman Trust & Savings Bank et al., defendants. Aaron Bodenweiser and Bertha M. Bodenweiser, appellants. Gen. No. 32,060.**

Bill to cancel escrow and compel return of deposit. Decree for complainants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the second division

of this court for the first district at the October term, 1927. Decree modified and affirmed. Opinion filed January 31, 1928.

Joseph F. Grossman, for appellants. William G. Wise, for appellees.

Mr. Justice Scanlan delivered the opinion of the court.

---

**William J. Latham, Jr., administrator of the estate of William J. Latham, Sr., deceased, appellee, v. Great Northern Casualty Company, appellant. Gen. No. 32,135.**

Action on contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Frank M. Padden, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 31, 1928.

Roderick H. O'Conner, for appellant. Temple, Brown & Harewood, for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

---

**Sidney I. Blum, administrator of the estate of Irma W. Blum, deceased, appellant, v. Yellow Cab Company, appellee. Gen. No. 31,785.**

Action for death by wrongful act of taxicab driver. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed February 9, 1928.

William McKinley, Paul E. Price and Ednyfed H. Williams, for appellant. Samuels, Costello & Greenberg, Charles C. Cunningham and Busby, Weber, Miller & Donovan, for appellee; Benjamin Samuels, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**John Ganas, appellee, v. Peter Pappas et al., on appeal of George Vatsineas, appellant. Gen. No. 31,839.**

Bill for accounting for proceeds of fraud. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1927. Affirmed. Opinion filed February 9, 1928. Rehearing denied February 21, 1928.

G. A. Buresh, for appellant. John C. Gekas, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Arnt Johnson, plaintiff in error, v. J. V. Fowler, defendant in error. Gen. No. 31,938.**

Writ of error sued out by plaintiff while his appeal was pending. Error to the Superior Court of Cook county; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Writ of error dismissed. Opinion filed February 9, 1928.

Webster & Holmgren, for plaintiff in error; Elmer N. Holmgren, of counsel. Edward W. Rawlins, Hendrik Folonie and Hans L. Howard, for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.